On Motion for Summary Affirmance by Department of Justice filed
November 8, 1991, affirmed February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ALAN CASON PRUITT, JR.,
*Appellant.*

(90-08-1776; CA A67842)

823 P2d 1039

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the motion for respondent.

No appearance *contra.*

Before Joseph, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

Respondent has moved for summary affirmance on the ground that the issue that defendant seeks to raise is not within this court's scope of review. We grant the motion. *State v. Cook*, 108 Or App 576, 816 P2d 697 (1991), *rev den* 312 Or 588 (1992).

Affirmed.